19184—Rose Robbins Co. v. Fairfield Engin-

eering Co; motion for Cuyahoga Appeals to certify; overruled. Dock. 6-2-25; 3 Abs. 377.

19188—Rosamond S. Barner v. Geo. T. Barner; motion for Cuyahoga Appeals to certify. Overruled. Dock. 6-5-25; 3 Abs. 377.